UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-37006 |
|---|---|
|    DAVID SCOTT ROESSER | (Chapter 13) |
|    CAROL ANN ROESSER | |
|                         Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985478**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 20 | PORTFOLIO ACQUISITIONS LLC<br>BOX 947<br>BROOKFIELD, WI  53008 | 1.58 |
| / 24 | TURF & EARTH LAWN CARE<br>% COLLECTIONS DEPT<br>360 D GARGRAVE RD<br>DAYTON, OH  45449 | 1.31 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/18/2009

Certificate of Service 04-37006

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

DAVID SCOTT ROESSER
CAROL ANN ROESSER
6326 BLUE ASH RD
DAYTON, OH 45414

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH 45066

(35.1n)
HOUSEHOLD REALTY CORPORATION
1270 NORTHLAND DRIVE
STE 200
MENDOTA HEIGHTS, MN 55120

(28.1n)
MICHAEL S ARNOVITZ
REIMER & LORBER CO LPA
BOX 968
TWINSBURG, OH 44087

(36.1n)
PALISADES ACQUISITION I LLC
PO BOX 105460
ATLANTA, GA 30348

(20.3)
PORTFOLIO ACQUISITION LLC
BOX 105460
ATLANTA, GA 30348

(20.1)
PORTFOLIO ACQUISITIONS LLC
BOX 947
BROOKFIELD, WI 53008

(34.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(26.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA 95696

(37.1n)
RESURGENT CAPITAL SERVICES
BOX 10675
GREENVILLE, SC 29603

(24.1)
TURF & EARTH LAWN CARE
% COLLECTIONS DEPT
360 D GARGRAVE RD
DAYTON, OH 45449

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner            cs